AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

OCT 15 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>VALENCIA, Leonel, YOB: 1988, MEX<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-19-2502-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 14, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846, 841 (a) (1) | Knowingly and Intentionally Conspire to Possess with Intent to Distribute approx. 7.65 kgs of Cocaine, a Schedule II Controlled Substance.<br><br>Knowingly and Intentionally Possess with Intent to Distribute approx. 7.65 kgs of Cocaine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:
See Attachment "A".

☑ Continued on the attached sheet.

Approved by AUSA J. DIPIAZZA  10/15/19  7:53am
*J. DiPiazza*

*Complainant's signature*

DEA Special Agent Federico Adame, Jr.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/15/2019__

City and state: __McAllen, Texas__

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

## Attachment A

On October 14, 2019, DEA Agents executed a search warrant at 1313 W. Heron Ave., McAllen, Texas. During the search warrant, Leonel VALENCIA was apprehended outside of the residence as he attempted to evade through the rear of the property.

DEA Agents discovered approximately 7.65 kilograms of suspect cocaine inside the residence. Agents discovered VALENCIA to have a large undetermined amount of currency on his person.

Agents read VALENCIA his Miranda Warnings in which VALENCIA voluntarily waived his rights. VALENCIA provided a statement and told Agents that he personally knew that the 7.65 kilograms of cocaine were inside the residence. VALENCIA told Agents that he was staying at the residence to watch over the narcotics until they were picked up and delivered to another location.

The seven (7) bundles, with an approximate weight of 7.65 kilograms, field tested positive for the properties and characteristics of cocaine.